UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

IN RE:                                           CHAPTER 13 PROCEEDINGS
ROBBIN K HEDRICK

                                                    CASE NO: 20-20424 JRA

    Debtor(s)

## MOTION TO DISMISS FOR DEFAULT IN PLAN PAYMENTS

Comes now Paul R. Chael, Trustee herein, and states that Debtor(s) is in material default under the terms of the Plan, in that the payments required by the Plan have not been made and that no showing has been made of any just cause for such default.

**Amount of default: $2,613.44**
**Amount due per month: $700.00**

Wherefore, your Trustee prays that these proceedings be dismissed pursuant to Sec.1307 (c) of the Bankruptcy Code and that a time be set for your Trustee to make final report of his receipts and disbursements in these proceedings.

/s/ Paul R. Chael
Paul R. Chael, Trustee
Indiana Attorney #3881-45

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2022, service of a true and complete copy of the above and foregoing pleading or paper was electronically sent through the court's ECF system to the following parties:

U.S. Trustee
Attorney for Debtor(s): DAN WHITTEN

and upon the following by depositing the same in the United States mail, envelopes properly address to each of them and with sufficient first-class postage affixed.

ROBBIN K HEDRICK, 3849 165TH ST, HAMMOND IN 46323

/s/ Paul R. Chael
Paul R. Chael
401 West 84th Drive
Merrillville, IN 46410
(219) 650-4015